# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| SERGIO DIAZ ZAMUDIO | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* letter-motion addressed to the Magistrate Judge to set a sentencing date and an identical letter to the undersigned, dated September 19, 2007.

The Court has received the presentence report and has been advised by Defendant's counsel that no objection to the report will be filed and the Defendant wishes to waive the required disclosure period. The presentence report calculates a Guidelines range for imprisonment of zero to six months. **Presentence Report, prepared September 4, 2007, at 8.** Because the Defendant has been in custody for almost six months, the Court will schedule a sentencing hearing forthwith.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* letter-motion to set a sentencing date is **ALLOWED**, and a sentencing hearing is hereby scheduled for **TUESDAY, OCTOBER 2, 2007, AT 11:00AM, in Asheville, North Carolina.**

Signed: October 2, 2007

Lacy H. Thornburg
United States District Judge